SUCCESSION OF RAYMOND JOHN BRANDT

NO. 21-C-88

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

April 28, 2021

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Robert A. Chaisson,
Hans J. Liljeberg, and John J. Molaison, Jr.

## REHEARING DENIED

**HJL**
**RAC**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **04/28/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

# 21-C-88

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)

Courtney C. Miller (Respondent)
Thomas M. Flanagan (Respondent)
William K. Wright, IV (Respondent)
Randall A. Smith (Respondent)

Philip A. Franco (Respondent)
Fred L. Herman (Respondent)
Jeffrey E. Richardson (Respondent)
Matthew A. Sherman (Respondent)
Robert J. Burvant (Relator)
Walter R. Woodruff, Jr. (Respondent)

### MAILED

Timothy S. Madden (Relator)
Henry A. King (Relator)
J. Grant Coleman (Relator)
W. Spencer King (Relator)
Attorneys at Law
201 St. Charles Avenue
Suite 4500
New Orleans, LA 70170

Monica L. Hof (Respondent)
Attorney at Law
7214 St. Charles Avenue
Box 901
New Orleans, LA 70118

David R. Sherman (Respondent)
Jacob D. Young (Respondent)
Meredith E. Chehardy (Respondent)
Attorneys at Law
One Galleria Boulevard
Suite 1100
Metairie, LA 70001